UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a Verizon Wireless, NEW CINGULAR WIRELESS PCS, LLC, SPRINT SPECTRUM L.P., and T-MOBILE NORTHEAST LLC,<br><br>            Plaintiffs,<br><br>v.<br><br>Town of HEMPSTEAD, and The Town Board of the Town of HEMPSTEAD,<br><br>            Defendants. | **NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>Case No. 10-CV-4997 (LDW) (AKT) |

To:   Todd C. Steckler
      Berkman, Henoch, Peterson, Peddy & Fenchel, P.C.
      100 Garden City Plaza
      Garden City, NY 11530
      *Attorney for Defendants*

PLEASE TAKE NOTICE that upon the annexed affidavit of Brendan T. Carr in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court before Magistrate Judge A. Kathleen Tomlinson at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Brendan T. Carr, an associate at the firm of Wiley Rein LLP, and a member in good standing of the Bars of Maryland and the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for plaintiff, New York SMSA Limited Partnership d/b/a Verizon Wireless. There are no pending disciplinary proceedings against Brendan T. Carr in any

- 2 -

State or Federal court.  Originals of the attached Certificates of Good Standing have been mailed to the chambers of Magistrate Judge Tomlinson.

        Respectfully submitted,

          s/ Megan F. Carroll
        Megan F. Carroll (MC 3824)
        AMATO LAW GROUP, PLLC
        666 Old Country Road, Suite 901
        Garden City, New York 11530
        Tel.: (516) 227-6363
        Fax: (516) 227-6367
        **Attorneys for Plaintiff**
        **New York SMSA Limited**
        **Partnership** d/b/a
        **Verizon Wireless**

Dated: November 18, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a Verizon Wireless, NEW CINGULAR WIRELESS PCS, LLC, SPRINT SPECTRUM L.P., and T-MOBILE NORTHEAST LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>Town of HEMPSTEAD, and The Town Board of the Town of HEMPSTEAD,<br><br>        Defendants. | **AFFIDAVIT OF BRENDAN T. CARR IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>Case No. 10-CV-4997 (LDW) (AKT) |

District of Columbia   )   ss:

Brendan T. Carr, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm Wiley Rein LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of Maryland and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for plaintiff, New York SMSA Limited Partnership d/b/a Verizon Wireless.

_____
Brendan T. Carr

Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
bcarr@wileyrein.com
202-719-7000

Dated: November 17, 2010

Sworn to before me this 17th day of Nov. 2010

_____
Notary Public

Larry E. Jefferson
Notary Public, District of Columbia
My Commission Expires 1/14/2012

- 2 -



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____BRENDAN T. CARR_____

was on the  6TH  day of  NOVEMBER, 2006  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 22, 2010.

JULIO A. CASTILLO
Clerk of the Court

By: _____P. Prendergast_____
        Deputy Clerk

# Court of Appeals
# of Maryland
### Annapolis, MD



### CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the thirteenth day of December, 2005,

### Brendan Thomas Carr

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

*In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-fifth day of October, 2010.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a Verizon Wireless, NEW CINGULAR WIRELESS PCS, LLC, SPRINT SPECTRUM L.P., and T-MOBILE NORTHEAST LLC,<br><br>               Plaintiffs,<br><br>v.<br><br>Town of HEMPSTEAD, and The Town Board of the Town of HEMPSTEAD,<br><br>               Defendants. | **ADMISSION TO PRACTICE PRO HAC VICE**<br><br>Case No. 10-CV-4997 (LDW) (AKT) |

      The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Brendan T. Carr, is permitted to argue or try this particular case in whole or in part as counsel or advocate for plaintiff, New York SMSA Limited Partnership d/b/a Verizon Wireless.

      An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

      This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

      The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

- 2 -

Dated:

                                                                                                                _____  
                                                                                                               United States Magistrate Judge

cc:    Brendan T. Carr  
       Wiley Rein LLP  
       1776 K Street., NW  
       Washington, DC  20006

       Court File: 10-CV-4997

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2010, copies of the forgoing documents were filed in this case via CM/ECF and mailed to the following persons via First Class mail unless otherwise noted:

Todd C. Steckler*
BERKMAN, HENOCH, PETERSON,
PEDDY & FENCHEL, P.C.
100 Garden City Plaza
Garden City, New York  11530.
*Attorney for Defendants*

* Served by overnight delivery

Lawrence C. Ré, Esq. (LR 6483)
John J. Coughlin, Esq. (JC 2700)
RÉ, NIELSEN, HUBER &
COUGHLIN, LLP
36 North New York Avenue
Huntington, New York  11743
Tel: 631.425.4100
Fax: 631.425.4104
*Attorneys for Plaintiff Sprint Spectrum L.P.*

The Honorable Leonard D. Wexler**
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722
(631) 712-5640

** Courtesy copy sent by overnight delivery

Christopher B. Fisher (CF 9494)
CUDDY & FEDER LLP
445 Hamilton Avenue, 14th Floor
White Plains, New York  10601
Tel: 914.761.1300
Fax: 914.761.5372
*Attorney for Plaintiff New Cingular Wireless PCS, LLC*

Gabriel M. Nugent (GN 2439)
Jon P. Devendorf
Jeffrey W. Davis
John D. Cook
HISCOCK & BARCLARY, LLP
One Park Place
300 South State Street
Syracuse, New York  13202-2078
Tel. 315-425-2700
Fax: 315.425.8551
*Attorneys for Plaintiff T-Mobile Northeast LLC*

Magistrate Judge A. Kathleen Tomlinson***
100 Federal Plaza
Courtroom 910
P.O. Box 9014
Central Islip, NY 11722-9014
(631) 712-5760

*** Courtesy copy and originals of certificate of good standing sent by overnight delivery

    s/ Megan F. Carroll