**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NEW YORK SMSA LIMITED
PARTNERSHIP d/b/a/ Verizon Wireless,
NEW CINGULAR WIRELESS PCS, LLC,
SPRINT SPECTRUM L.P., T-MOBILE
NORTHEAST LLC,

                          Plaintiffs,

             - against -

TOWN OF HEMPSTEAD, THE TOWN
BOARD OF THE TOWN OF HEMPSTEAD,

                         Defendants.
-----------------------------------------------------------X

                                         **ORDER**

                                         CV 10-4997 (LDW) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Attorney Brendan T. Carr is permitted to argue or try this case in whole or in part as counsel or advocate.  By November 29, 2010, Mr. Carr shall register for ECF.  Registration is available online at the EDNY's homepage.  Once registered,  Mr. Carr shall file a notice of appearance and ensure that he receives electronic notification of activity in this case.

                                         **SO ORDERED.**

Dated:  Central Islip, New York
           November 19, 2010

                                       /s/ A. Kathleen Tomlinson
                                       A. KATHLEEN TOMLINSON
                                       U.S. Magistrate Judge