UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a Verizon Wireless, NEW CINGULAR WIRELESS PCS, LLC, SPRINT SPECTRUM L.P., and T-MOBILE NORTHEAST LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>Town of HEMPSTEAD, and The Town Board of the Town of HEMPSTEAD,<br><br>                Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No. 10-CV-4997 (LDW) (AKT) |

To:    The Clerk of Court and all parties of record:

    Pursuant to the Court's November 19, 2010, Order [Doc. 16], the undersigned counsel, Brendan T. Carr, has been authorized to argue or try this case in whole or in part, and I hereby enter my appearance in this case as counsel for plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless.

                                            Respectfully submitted,

                                            /s/ Brendan T. Carr
                                            Brendan T. Carr (admitted *pro hac vice* BC3689)
                                            Wiley Rein LLP
                                            1776 K Street, N.W.
                                            Washington, DC 20006
                                            Phone: (202) 719-7003
                                            Fax:   (202) 719-7049
                                            *Attorney for Plaintiff New York SMSA*
                                            *Limited Partnership d/b/a Verizon Wireless*

Dated: November 22, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2010, the forgoing Notice of Appearance was filed in this case and served on the following persons via CM/ECF unless otherwise noted:

| | |
|---|---|
| Todd C. Steckler*<br>BERKMAN, HENOCH, PETERSON,<br>PEDDY & FENCHEL, P.C.<br>100 Garden City Plaza<br>Garden City, New York  11530.<br>*Attorney for Defendants* | Christopher B. Fisher (CF 9494)<br>CUDDY & FEDER LLP<br>445 Hamilton Avenue, 14th Floor<br>White Plains, New York  10601<br>Tel: 914.761.1300<br>Fax: 914.761.5372<br>*Attorney for Plaintiff New Cingular Wireless PCS, LLC* |
| Lawrence C. Ré, Esq. (LR 6483)<br>John J. Coughlin, Esq. (JC 2700)<br>RÉ, NIELSEN, HUBER &<br>COUGHLIN, LLP<br>36 North New York Avenue<br>Huntington, New York  11743<br>Tel: 631.425.4100<br>Fax: 631.425.4104<br>*Attorneys for Plaintiff Sprint Spectrum L.P.* | Gabriel M. Nugent (GN 2439)<br>Jon P. Devendorf<br>Jeffrey W. Davis<br>John D. Cook<br>HISCOCK & BARCLARY, LLP<br>One Park Place<br>300 South State Street<br>Syracuse, New York  13202-2078<br>Tel. 315-425-2700<br>Fax: 315.425.8551<br>*Attorneys for Plaintiff T-Mobile Northeast LLC* |
| The Honorable Leonard D. Wexler**<br>Long Island Federal Courthouse<br>944 Federal Plaza<br>Central Islip, New York 11722<br>(631) 712-5640 | |

\* Served by overnight delivery

\*\* Courtesy copy sent by overnight delivery

                                                        /s/ Brendan T. Carr