February 14, 2011

**VIA ECF AND COURIER**
The Honorable A. Kathleen Tomlinson
United States District Court
100 Federal Plaza, P.O. Box 9014
Courtroom 910
Central Islip, New York 11722

      Re:    ESI Agreement in *New York SMSA Limited Partnership d/b/a Verizon Wireless et al. v. Town of Hempstead*, 2:10-cv-04997 (LDW) (AKT)

Dear Judge Tomlinson:

      In the January 11, 2011 minute order, DE 39, the Court directed the parties to confer and reach agreement on the method by which electronically stored information ("ESI") shall be produced in this case. The Court's minute order further provided that the parties must file a letter on ECF by February 14, 2011 advising the Court of the agreement and the procedures that have been put in place.

      Pursuant to the Court's order, counsel for Plaintiffs and Defendants conferred on **February 10, 2011** and reached an agreement on the method of producing ESI. This letter advises the Court of that agreement.

      Though the parties presently disagree about the permissible scope of discovery, *see, e.g.,* DE 49, the parties have reached agreement on the production of information the Court deems subject to discovery.

      The parties agree that all relevant, responsive, and non-privileged ESI shall be produced as follows: (1) as native files; (2) with Bates numbers prepended to the original native file name; (3) with a delimited text file containing metadata for the native files, including the fields identified on Attachment A, where that metadata exists; and (4) with extracted text, where it exists in the native file. If a party determines that any ESI that shall be produced in this case is unreadable, corrupt, or otherwise unusable (hereafter referred to as "Data Exceptions"), the parties agree to confer and make reasonable efforts to identify and resolve the Data Exceptions.

      The foregoing agreement does not address information contained in "structured databases," which some Plaintiffs, Defendants, and/or third party contractors may maintain and use in the course of their businesses and/or operations. To the extent that data in such a database is relevant and subject to any discovery obligations, the parties agree to meet and confer as to the most reasonable method of identifying and producing such information.

      The parties agree that Defendants shall produce all relevant, responsive, and non-privileged paper documents subject to production to Plaintiffs as follows: (1) as scanned, single-page, TIFF images; (2) with OCR text; and (3) with load files for both the Concordance and IPRO document management tool.

The parties agree that Plaintiffs shall produce all relevant, responsive, and non-privileged paper documents subject to production to Defendants as follows: (1) as scanned, multi-page, TIFF images; (2) with OCR text; and (3) with load files for the Summation (DII) document management tool.

As it is anticipated that the volume of ESI and documents produced by Defendants may be small and the foregoing procedures would be disproportionately expensive in that event, the parties agree that in such circumstances Defendants' ESI may be produced simply as native files together with Bates-numbered searchable pdfs (including the metadata they contain) and Defendants' documents may be produced as scanned, multi-page pdf or TIFF images, Bates-numbered, with OCR text. The parties agree to confer in good faith to attempt to resolve any issues relating to this alternative method of production.

The parties agree that any inadvertent disclosure of privileged material within the scope of FRE 502(b) shall not result in a wavier of that privilege and that the inadvertently produced material (1) shall be returned by the receiving party to the producing party promptly upon receipt of written notice identifying such material (along with any and all copies of that material) , with the exeption that (2) the receiving party within 10 days of such notice may make application to the court under seal for a ruling on whether such material should be returned and may retain a copy of such material solely for use in such application, and (3) the receiving party shall make no use of such material in this case except as may be permitted pursuant to a ruling on such application.

The parties agree that they shall not be obligated to produce deleted data lost as a result of the routine, good-faith operation of an electronic information system, and shall not need to conduct searches of electronic back-up systems except by order of the court on good cause shown.

Respectfully submitted,

| | |
|---|---|
| /s/   Andrew McBride | /s/ Todd C. Steckler |
| Andrew G. McBride (*pro hac vice* AM 1966) | Todd C. Steckler |
| Joshua S. Turner (*pro hac vice* JT 5778) | Steven R. Brock |
| Megan L. Brown (*pro hac vice* MB 4219) | BERKMAN, HENOCH, PETERSON, PEDDY & |
| Brendan T. Carr (*pro hac vice* BC 3689) | FENCHEL, P.C. |
| Wiley Rein LLP | 100 Garden City Plaza |
| 1776 K Street, N.W. | Garden City, New York  11530 |
| Washington, DC 20006 | Tel.: (516) 222-6200 |
| Phone: (202) 719-7003 | Fax: (516) 222-6209 |
| Fax:   (202) 719-7049 | |

*Attorneys for Plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless*

*Attorneys for Defendants Town of Hempstead and Town Board of Hempstead*

  /s/    Al Amato                                         /s/    Larry Ré

Alfred L. Amato (AA 2354)
Richard S. Keenan (RK 2182)
Megan F. Carroll (MC 3824)
Amy J. Nizzo
AMATO LAW GROUP, PLLC
666 Old Country Road, Suite 901
Garden City, New York 11530
Tel.: (516) 227-6363
Fax: (516) 227-6367

*Attorneys for Plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless*

   /s/   John Cook
Jon P. Devendorf
Jeffrey W. Davis
John D. Cook (JC 2276)
HISCOCK & BARCLAY, LLP
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Tel.: (315) 425-2700
Fax: (315) 425-8551

*Attorneys for Plaintiff T-Mobile Northeast LLC, a wholly owned subsidiary of T-Mobile USA, Inc.*

Lawrence C. Ré  (LR 6483)
John J. Coughlin (JC 2700)
RÉ, NIELSEN, HUBER & COUGHLIN, LLP
36 North New York Avenue
Huntington, New York 11743
Tel. (631) 425-4100
Fax (631) 425-4104

*Attorneys for Plaintiff Sprint Spectrum L.P.*

   /s/   Chris Fisher
Christopher B. Fisher (CF 9494)
CUDY & FEDER LLP
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
Tel.: 914.761.1300
Fax: 914.761.5372

*Attorneys for Plaintiff New Cingular Wireless PCS, LLC*

## Attachment A - Metadata Fields to be Extracted from ESI

| Field # | Field Name | Format | Description |
|---|---|---|---|
| 1 | BEGDOCNO | Text | Control/Bates number of the file OR Bates number of first page of document (for imaged hard-copy collections only) |
| 2 | ENDDOCNO | Text | Bates number of last page of document (for imaged hard-copy collections only) |
| 3 | BEGATTACH | Text | BEGDOCNO of the parent email. Emails produced in a format that embeds the attachments within the message (for example, MSG or EML) do not require provision of this field. |
| 4 | ENDATTACH | Text | BEGDOCNO of the last attachment. Emails produced in a format that embeds the attachments within the message (for example, MSG or EML) do not require provision of this field. |
| 5 | CUSTODIAN | Text | Person, organization, or department from whom materials were collected. |
| 6 | AUTHOR | Text | Email "From" data or user/author name from electronic files. |
| 7 | RECIPIENT | Text | Email "To" data (semi-colon delimited, if multiple entries) |
| 8 | CC | Text | Email "CC" data (semi-colon delimited, if multiple entries) |
| 9 | BCC | Text | Email "BCC" data (semi-colon delimited, if multiple entries) |
| 10 | MAILSUBJECT | Text | Email subject. |
| 11 | MAILDATE | MM/DD/YYYY | Email date sent. |
| 12 | MAILTIME | HH:MM:SS | Email time sent, in military time. Please populate down to any children/attachments of the parent email. |
| 13 | APPCREATEDATE | MM/DD/YYYY | Application-created document creation date |

## Attachment A - Metadata Fields to be Extracted from ESI

| Field # | Field Name | Format | Description |
|---|---|---|---|
| 14 | APPCREATETIME | HH:MM:SS | Application-created document creation time, in military time |
| 15 | ATTACHMENTS | Text | Semi-colon delimited list of the original file names of any attachments to an email.  Emails produced in a format that embeds the attachments within the message (for example, MSG or EML) do not require provision of this field. |
| 16 | FILENAME | Text | For emails:  Mail subject<br>For attachments and e-files:  File name |
| 17 | FILE_TYPE | Text | File extension |
| 18 | FILESIZE_KB | Numeric | File size in kilobytes |
| 19 | HASH_VALUE | Text | MD5 hash value generated for purposes of identification and/or deduplication.  (For emails, please identify the data points and methodology used to generate the hash value.) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2011, the forgoing letter was filed in this case and served on the following persons via CM/ECF unless otherwise noted:

Todd C. Steckler
Steven R. Brock
BERKMAN, HENOCH, PETERSON, PEDDY & FENCHEL, P.C.
100 Garden City Plaza
Garden City, New York  11530
*Attorney for Defendants Town of Hempstead and Town Board of Hempstead*

Lawrence C. Ré,
John J. Coughlin
RÉ, NIELSEN, HUBER & COUGHLIN, LLP
36 North New York Avenue
Huntington, New York  11743
Tel: 631.425.4100
Fax: 631.425.4104
*Attorneys for Plaintiff Sprint Spectrum L.P.*

John Muench
Hans Germann
MAYER BROWN LLP
71 S Wacker Dr
Chicago, IL 60606
*Attorneys for Plaintiff New Cingular Wireless PCS, LLC*

Christopher B. Fisher
Brian Galligan
CUDDY & FEDER LLP
445 Hamilton Avenue, 14th Floor
White Plains, New York  10601
*Attorneys for Plaintiff New Cingular Wireless PCS, LLC*

Magistrate Judge A. Kathleen Tomlinson*
100 Federal Plaza
Courtroom 910, P.O. Box 9014
Central Islip, NY 11722-9014
(631) 712-5760

Gabriel M. Nugent
Jon P. Devendorf
Jeffrey W. Davis
John D. Cook
HISCOCK & BARCLARY, LLP
One Park Place
300 South State Street
Syracuse, New York  13202-2078
*Attorneys for Plaintiff T-Mobile Northeast LLC*

\* Courtesy copy of ECF document sent by overnight delivery

/s/ Brendan T. Carr

i