

1776 K STREET NW
WASHINGTON, DC 20006
PHONE    202.719.7000
FAX        202.719.7049

7925 JONES BRANCH DRIVE
McLEAN, VA 22102
PHONE    703.905.2800
FAX        703.905.2820

www.wileyrein.com

Andrew G. McBride
202.719.7135
amcbride@wileyrein.com

May 7, 2012

**Via ECF**

The Honorable A. Kathleen Tomlinson
United State District Court
100 Federal Plaza, P.O. Box 9014
Central Islip, New York 11722

Re:    *New York SMSA Limited Partnership d/b/a Verizon Wireless, et al. v. Town of Hempstead and the Town Board of the Town of Hempstead,* 2:10-cv-04997

Dear Judge Tomlinson:

The undersigned represents New York SMSA Limited Partnership d/b/a Verizon Wireless in the above-captioned case. Pursuant to this Court's Individual Practice Rules,[1] this letter is jointly submitted on behalf of all parties to identify dates for oral argument on Plaintiffs' recently-filed Motion for Leave to Amend the Complaint. *See* DE 89-91. After consulting your chambers to identify the earliest available mutually agreeable dates, the parties request that any required oral argument be scheduled for June 26th or 29th of this year.

Respectfully submitted,

  /s/    Andrew McBride
Andrew G. McBride (*pro hac vice* AM 1966)
Joshua S. Turner (*pro hac vice* JT 5778)
Megan L. Brown (*pro hac vice* MB 4219)
Brendan T. Carr (*pro hac vice* BC 3689)
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
Phone: (202) 719-7003
Fax:   (202) 719-7049

***Attorneys for Plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless***

cc:    All parties via ECF

---

[1]    *See Individual Practice* Rules, III.C.4.