IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a Verizon Wireless, NEW CINGULAR WIRELESS PCS, LLC,  and T-MOBILE NORTHEAST LLC,<br><br>             Plaintiffs,<br><br>v.<br><br>Town of HEMPSTEAD, and The Town Board of the Town of HEMPSTEAD,<br><br>             Defendants. | **NOTICE REGARDING WITHDRAWAL OF ATTORNEY**<br><br>Case No. 2:10-cv-04997 (AKT) |

  PLEASE TAKE NOTICE that I, Brendan T. Carr, should be withdrawn as counsel for New York SMSA Limited Partnership d/b/a Verizon Wireless ("Verizon Wireless"), as I am leaving the law firm of Wiley Rein LLP, effective May 25, 2012.

  Verizon Wireless will continue to be represented in this matter by the following attorneys from Wiley Rein LLP:  Andrew G. McBride, Joshua S. Turner, and Megan L. Brown.  Verizon Wireless will also continue to be represented in this matter by the following attorneys from Amato Law Group, PLLC:  Alfred L. Amato; Amy Jill Nizzo; Megan F. Carroll; and Richard Stephen Keenan.

Respectfully submitted,

| | |
|---|---|
| /s/   Brendan T. Carr | /s/   Andrew G. McBride |
| Brendan T. Carr (*pro hac vice* BC 3689) | Andrew G. McBride (*pro hac vice* AM 1966) |
| Wiley Rein LLP | Joshua S. Turner (*pro hac vice* JT 5778) |
| 1776 K Street, N.W. | Megan L. Brown (*pro hac vice* MB 4219) |
| Washington, DC 20006 | Wiley Rein LLP |
| Phone: (202) 719-7003 | 1776 K Street, N.W. |
| Fax:    (202) 719-7049 | Washington, DC 20006 |
| | Phone: (202) 719-7000 |
| *Attorney for Plaintiff New York SMSA* | Fax:    (202) 719-7049 |
| *Limited Partnership d/b/a Verizon Wireless* | |
| | *Attorneys for Plaintiff New York SMSA* |
| | *Limited Partnership d/b/a Verizon Wireless* |

May 24, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SMSA LIMITED PARTNERSHIP d/b/a Verizon Wireless, NEW CINGULAR WIRELESS PCS, LLC, and T-MOBILE NORTHEAST LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>Town of HEMPSTEAD, and The Town Board of the Town of HEMPSTEAD,<br><br>    Defendants. | **CERTIFICATE OF SERVICE**<br><br>Case No. 2:10-cv-04997 |

I hereby certify that on May 24, 2012, the forgoing Notice Regarding Withdrawal of Attorney was served by CM-ECF on the following persons:

Todd C. Steckler
Steven R. Brock
BERKMAN, HENOCH, PETERSON, PEDDY & FENCHEL, P.C.
100 Garden City Plaza
Garden City, New York  11530
*Attorneys for Defendants Town of Hempstead and Town Board of Hempstead*

Jon P. Devendorf
Jeffrey W. Davis
John D. Cook
HISCOCK & BARCLAY, LLP
One Park Place
300 South State Street
Syracuse, New York 13202
*Attorneys for Plaintiff T-Mobile Northeast LLC*

Christopher B. Fisher
Andrew Schriever
CUDDY & FEDER LLP
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
*Attorneys for Plaintiff New Cingular Wireless PCS, LLC*

Alfred L. Amato (AA 2354)
Richard S. Keenan (RK 2182)
Megan F. Carroll (MC 3824)
Amy J. Nizzo
AMATO LAW GROUP, PLLC
666 Old Country Road, Suite 901
Garden City, New York 11530
*Attorneys for Plaintiff New York SMSA Limited Partnership d/b/a Verizon Wireless*

  /s/ Brendan T. Carr
Brendan T. Carr